# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Flava Works Inc
Search Results: Displaying 38 of 84 entries



*FlavaMen Senior Year.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001668012 / 2009-12-11
**Application Title:** FlavaMen Senior Year.
**Title:** FlavaMen Senior Year.
**Description:** Videodisc (DVD)
**Copyright Claimant:** Flava Works Inc. Address: 2610 NORTH MIAMI AVE, SUITE B, Miami, FL, 33127, United States.
**Date of Creation:** 2009
**Date of Publication:** 2009-12-01
**Nation of First Publication:** United States
**Authorship on Application:** Flava Works Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: direction/director.
**Rights and Permissions:** Phillip Bleicher, 2610 N Miami Ave, Suite B, Miami, FL, 33127, (305) 438-9450, support@flavaworks.com
**Names:** Flava Works Inc.



| Save, Print and Email (Help Page) ||
|---|---|
| Select Download Format Full Record | Format for Print/Save |
| Enter your email address: | Email |



The Library of Congress catalogs will not be available between 7:00pm U.S. EDT on Friday, August 16 and noon on Sunday, August 19 while the Library performs maintenance. We regret any inconvenience to our users.

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = cocodorm
Search Results: Displaying 1 of 1 entries



*Cocodorm.com 2010.*

| | |
|---:|:---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0001861558 / 2010-06-24 |
| **Application Title:** | Cocodorm.com 2010. |
| **Title:** | Cocodorm.com 2010. |
| **Copyright Claimant:** | Phillip Bleicher. Address: 2610 N Miami Ave, Suite B, Miami, FL, 33127, United States. |
| **Date of Creation:** | 2010 |
| **Date of Publication:** | 2010-01-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Flava Works Inc. d.b.a. Flava Works Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: text, photograph(s) |
| **Rights and Permissions:** | Phillip Bleicher, Flava Works, Inc., 2610 N Miami Ave, Suite B, Miami, FL, 33127, United States, (305) 438-9450, support@flavaworks.com |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Bleicher, Phillip |
| | Flava Works Inc. |
| | Flava Works Inc. |



| Save, Print and Email (Help Page) |
|---|
| Select Download Format Full Record   Format for Print/Save |
| Enter your email address:   Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



**The Library of Congress catalogs will not be available between 7:00pm U.S. EDT on Friday, August 16 and noon on Sunday, August 19 while the Library performs maintenance. We regret any inconvenience to our users.**

Help   Search   History   Titles   Start Over

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = flavamen
Search Results: Displaying 1 of 32 entries

[previous] [next]



*FlavaMen.com 2010.*

| | |
|---:|:---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0001861561 / 2010-06-24 |
| **Application Title:** | FlavaMen.com 2010. |
| **Title:** | FlavaMen.com 2010. |
| **Description:** | Text & photos on CD-ROM. |
| **Copyright Claimant:** | Flava Works Inc. d.b.a. Flava Works Inc. Address: 2610 N Miami Ave, Suite B, Miami, FL, 33127, United States. |
| **Date of Creation:** | 2010 |
| **Date of Publication:** | 2010-01-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Flava Works Inc. d.b.a. Flava Works Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: text, photograph(s) |
| **Rights and Permissions:** | Phillip Bleicher, Flava Works, Inc., 2610 N Miami Ave, Suite B, Miami, FL, 33127, United States, (305) 438-9450, support@flavaworks.com |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Flava Works Inc. |





Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page