



EXHIBIT B

















none
none

EXHIBIT B







EXHIBIT B

EXHIBIT B





EXHIBIT B





EXHIBIT B



EXHIBIT B



EXHIBIT B



EXHIBIT B



EXHIBIT B



EXHIBIT B





EXHIBIT B

33e701d3d5157cf15e345e1bfc0daa10.jpg (JPEG Image, 150 × 200 pixels)



EXHIBIT B



EXHIBIT B

1d3b17e800d611b115a0c86cd0b939f4.jpg (JPEG Image, 150 × 200 pixels)



**EXHIBIT B**



**EXHIBIT B**

