EXHIBIT C

July 19, 2013

SoftLayer Technologies Inc.
4849 Alpha Rd.
Dallas, TX 75244
abuse@softlayer.com

Adam4adam.com
support@adam4adam.com

SENT VIA EMAIL

**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the*** *Digital Millennium Copyright Act*

***Under Reservation of All Rights***

To Whom It May Concern:

I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights. Flava Works, Inc. owns the copyright concerning an astounding number of still images and videos which are being openly published on your site without its license or other authority, each of which will be particularly identified in this letter together with information precisely identifying the location of that material in the works which you host or otherwise publish. The verified and documented infringements listed in this letter were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur from this base URL or derivations thereof. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava Work's further rights concerning the infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava Work's rights in the images and directed at permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the

**EXHIBIT C**

downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material. This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).
NOTE TO SUBSCRIBER(S) OR ACCOUNT HOLDER(S): YOU ARE AT RISK OF BEING SUED FOR YOUR ILLEGAL ACTIONS. TO DETERMINE HOW YOU MAY BE ABLE TO AVOID A LAWSUIT, REFER TO: www.FlavaWorks.com/legal/

Additionally, you are culpable if you fail to take reasonable examination and control measures. These measures include the utilization of a word filter, which checks the file name during the uploading of

**EXHIBIT C**

files to the servers with regard to whether the author, the title, or name violates any Copyright or Trademark.

Below is a list of the infringing material and/or repeat infringers by link:


http://www.adam4adam.com/index.php
http://www.adam4adam.com/?p=MY10COCKNYURASS
http://www.adam4adam.com/?p=covi_Swagg

Location of ORIGINAL WORKS:

http://www.FlavaWorks.com

http://www.CocoStore.com

http://www.PapiCock.com

http://www.RawRods.com

http://www.CocoDorm.com

http://www.ThugBoy.com

http://www.CocoBoyz.com

http://www.MixItUpBoy.com

http://www.FlavaMen.com


Sincerely,



Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com

EXHIBIT C

April 29, 2013

SoftLayer Technologies Inc.
4849 Alpha Rd.
Dallas, TX 75244
abuse@softlayer.com

Adam4adam.com
support@adam4adam.com

SENT VIA EMAIL

**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the*** Digital
***Millennium Copyright Act***

*Under Reservation of All Rights*

To Whom It May Concern:

I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights. Flava Works, Inc. owns the copyright concerning an astounding number of still images and videos which are being openly published on your site without its license or other authority, each of which will be particularly identified in this letter together with information precisely identifying the location of that material in the works which you host or otherwise publish. The verified and documented infringements listed in this letter were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur from this base URL or derivations thereof. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava Work's further rights concerning the infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava Work's rights in the images and directed at permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the

**EXHIBIT C**

downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material. This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).
NOTE TO SUBSCRIBER(S) OR ACCOUNT HOLDER(S): YOU ARE AT RISK OF BEING SUED FOR YOUR ILLEGAL ACTIONS. TO DETERMINE HOW YOU MAY BE ABLE TO AVOID A LAWSUIT, REFER TO: www.FlavaWorks.com/legal/

Additionally, you are culpable if you fail to take reasonable examination and control measures. These measures include the utilization of a word filter, which checks the file name during the uploading of

**EXHIBIT C**

files to the servers with regard to whether the author, the title, or name violates any Copyright or Trademark.

Below is a list of the infringing material and/or repeat infringers by link:

http://www.adam4adam.com/?section=50&action=accept&profile_id=dr_slamer
http://www.adam4adam.com/?p=motivation_18
http://www.adam4adam.com/?section=50&action=accept&profile_id=Mrwonderful911
http://www.adam4adam.com/?p=Mike_Battle

Location of ORIGINAL WORKS:

http://www.FlavaWorks.com

http://www.CocoStore.com

http://www.PapiCock.com

http://www.RawRods.com

http://www.CocoDorm.com

http://www.ThugBoy.com

http://www.CocoBoyz.com

http://www.MixItUpBoy.com

http://www.FlavaMen.com

Sincerely,

Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com

EXHIBIT C



January 31, 2012


Adam4adam.com
support@adam4adam.com

SENT VIA EMAIL

**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the*** Digital ***Millennium Copyright Act***

*Under Reservation of All Rights*

To Whom It May Concern:

I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights.  Flava Works, Inc. owns the copyright concerning an astounding number of still images and videos which are being openly published on your site without its license or other authority, each of which will be particularly identified in this letter together with information precisely identifying the location of that material in the works which you host or otherwise publish. The verified and documented infringements listed in this letter were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur from this base URL or derivations thereof. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava Work's further rights concerning the infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava Work's rights in the images and directed at permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or

1 of 4

**EXHIBIT C**



**FlavaWorks**
World Headquarters 2610 North Miami Ave., Miami FL 33127-4438 ✿ www.FlavaWorks.com ✿ 305-438-9450 ✿ FAX: 305-438-9470 ✿ Toll Free: 1-877-352-8254
Chicago Office 933 West Irving Park Road, Suite C, Chicago, IL 60613

indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material. This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).
NOTE TO SUBSCRIBER(S) OR ACCOUNT HOLDER(S): YOU ARE AT RISK OF BEING SUED FOR YOUR ILLEGAL ACTIONS. TO DETERMINE HOW YOU MAY BE ABLE TO AVOID A LAWSUIT, REFER TO: www.FlavaWorks.com/legal/

Additionally, you are culpable if you fail to take reasonable examination and control measures. These measures include the utilization of a word filter, which checks the file name during the uploading of files to the servers with regard to whether the author, the title, or name violates any Copyright or Trademark.

Below is a list of the infringing material and/or repeat infringers by link:

**EXHIBIT C**



http://www.adam4adam.com/?p=OneSxyHungBoy
http://images.adam4adam.com/upload/179/955/5b80dbb07441cd0e62561cc23924dc9f_2.jpg?182
http://images.adam4adam.com/upload/179/955/5b80dbb07441cd0e62561cc23924dc9f_3.jpg
http://images.adam4adam.com/upload/179/955/ef46f4cf20bc0a4a1afb37ec953f8958_3.jpg
http://images.adam4adam.com/upload/179/955/0fb1eb2d6ff635f986cf705089dab01d_3.jpg
http://images.adam4adam.com/upload/179/955/db6ed7578307ad4a63c388f99e144d5e_3.jpg
http://images.adam4adam.com/upload/179/955/1c40c2895ebc7b59b73a418a72a20795_3.jpg
http://images.adam4adam.com/upload/179/955/9059d85eb8a9e625838e9a7d30a9251b_3.jpg
http://images.adam4adam.com/upload/179/955/9bf10993beb728f995f498db3fcc258f_3.jpg
http://www.adam4adam.com/?section=50&action=accept&profile_id=blackass23
http://images.adam4adam.com/upload/987/290/003604083505494a875ae0bce9972797_3.jpg
http://images.adam4adam.com/upload/987/290/e9047742e60e92ab9a82db36d3523192_3.jpg


Location of ORIGINAL WORKS:

http://www.FlavaWorks.com

http://www.CocoStore.com

http://www.PapiCock.com

http://www.RawRods.com

http://www.CocoDorm.com

http://www.ThugBoy.com

http://www.CocoBoyz.com

http://www.MixItUpBoy.com

http://www.FlavaMen.com


Sincerely,



Phillip Bleicher,

**EXHIBIT C**



Chief Executive Officer
phil@flavaworks.com

EXHIBIT C



**FlavaWorks**
**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ✿ www.FlavaWorks.com ✿ 305-438-9450 ✿ FAX: 305-438-9470 ✿ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

March 14, 2012

Adam4adam.com
support@adam4adam.com

SENT VIA EMAIL

**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the*** Digital
***Millennium Copyright Act***

*Under Reservation of All Rights*

To Whom It May Concern:

I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent
authorized to act on behalf of the owner of certain intellectual property rights. Flava Works, Inc. owns
the copyright concerning an astounding number of still images and videos which are being openly
published on your site without its license or other authority, each of which will be particularly identified
in this letter together with information precisely identifying the location of that material in the works
which you host or otherwise publish. The verified and documented infringements listed in this letter
were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur
from this base URL or derivations thereof. Some links permit, or have permitted, direct download of
the infringing material. Others are hotlinked to other locations containing, or that have contained,
pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful
publication of this intellectual property immediately without prejudice to Flava Work's further rights
concerning the infringement, including the recovery of both compensatory and punitive damages and
injunctive remedies compelling the protection of Flava Work's rights in the images and directed at
permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the
referenced images and videos in the remote and unlikely case that you were unaware that rights in
the subject images and video – from whose distribution you profited - actually belonged to someone.
This letter calls upon you to immediately disable all links and other mechanisms by which you display
or facilitate the display of that material and by which you enable the downloading or facilitate the
downloading of the identified images and videos, directly or indirectly through the conduct of other
websites, hosting providers, or any other persons or providers of services without limitation. On behalf
of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing
material listed in this letter, including links that enable infringement through a third party and any other
Flava Work's property which are displayed or made available for download, either directly or

1 of 4

**EXHIBIT C**



indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material. This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).
NOTE TO SUBSCRIBER(S) OR ACCOUNT HOLDER(S): YOU ARE AT RISK OF BEING SUED FOR YOUR ILLEGAL ACTIONS. TO DETERMINE HOW YOU MAY BE ABLE TO AVOID A LAWSUIT, REFER TO: www.FlavaWorks.com/legal/

Additionally, you are culpable if you fail to take reasonable examination and control measures. These measures include the utilization of a word filter, which checks the file name during the uploading of files to the servers with regard to whether the author, the title, or name violates any Copyright or Trademark.

Below is a list of the infringing material and/or repeat infringers by link:

2 of 4

**EXHIBIT C**



http://www.adam4adam.com/?p=DICKKTATOR
http://www.adam4adam.com/?section=50&action=accept&profile_id=Sexyblatinofreak
http://images.adam4adam.com/upload/689/668/b15e322739f3a2ea3ef4edee9b93dfaa_3.jpg
http://images.adam4adam.com/upload/689/668/406967a68526c7dcf72883f4f76397a0_3.jpg
http://images.adam4adam.com/upload/689/668/0cd9a508b0556af689265cf2eb37e3bd_3.jpg
http://images.adam4adam.com/upload/689/668/4cc471198ab8b61778992b3864675e01_3.jpg
http://images.adam4adam.com/upload/689/668/24b014a3d1799519552e0b01db0b0c9c_3.jpg
http://images.adam4adam.com/upload/689/668/c8ae9ba73ac3a9f82f44c6c072a49c8a_3.jpg
http://images.adam4adam.com/upload/689/668/598daca6b27c1f70bdce5baa501550d2_3.jpg
http://images.adam4adam.com/upload/689/668/e554d9eeae124b61a98314236ed3f7a0_3.jpg
http://images.adam4adam.com/upload/985/453/beb60185f7546673d31e2b63f39d5a02_4.jpg
http://images.adam4adam.com/upload/985/453/6fef6d6bc24b2bf304ff2d8fa920c213_4.jpg
http://www.adam4adam.com/?section=50&action=accept&profile_id=Sexyblatinofreak
http://images.adam4adam.com/upload/985/453/6fef6d6bc24b2bf304ff2d8fa920c213_3.jpg
http://images.adam4adam.com/upload/985/453/beb60185f7546673d31e2b63f39d5a02_3.jpg
http://images.adam4adam.com/upload/985/453/0f233942049f8a111f82e421ab3214b5_3.jpg


Location of ORIGINAL WORKS:

http://www.FlavaWorks.com

http://www.CocoStore.com

http://www.PapiCock.com

http://www.RawRods.com

http://www.CocoDorm.com

http://www.ThugBoy.com

http://www.CocoBoyz.com

http://www.MixItUpBoy.com

http://www.FlavaMen.com


Sincerely,

**EXHIBIT C**



Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com

**EXHIBIT C**

May 19, 2012

Adam4adam.com
support@adam4adam.com

SENT VIA EMAIL

**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the*** Digital
***Millennium Copyright Act***

*Under Reservation of All Rights*

To Whom It May Concern:

I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent
authorized to act on behalf of the owner of certain intellectual property rights.  Flava Works, Inc. owns
the copyright concerning an astounding number of still images and videos which are being openly
published on your site without its license or other authority, each of which will be particularly identified
in this letter together with information precisely identifying the location of that material in the works
which you host or otherwise publish. The verified and documented infringements listed in this letter
were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur
from this base URL or derivations thereof. Some links permit, or have permitted, direct download of
the infringing material. Others are hotlinked to other locations containing, or that have contained,
pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful
publication of this intellectual property immediately without prejudice to Flava Work's further rights
concerning the infringement, including the recovery of both compensatory and punitive damages and
injunctive remedies compelling the protection of Flava Work's rights in the images and directed at
permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the
referenced images and videos in the remote and unlikely case that you were unaware that rights in
the subject images and video – from whose distribution you profited - actually belonged to someone.
This letter calls upon you to immediately disable all links and other mechanisms by which you display
or facilitate the display of that material and by which you enable the downloading or facilitate the
downloading of the identified images and videos, directly or indirectly through the conduct of other
websites, hosting providers, or any other persons or providers of services without limitation. On behalf
of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing
material listed in this letter, including links that enable infringement through a third party and any other
Flava Work's property which are displayed or made available for download, either directly or

**EXHIBIT C**

indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material. This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).
NOTE TO SUBSCRIBER(S) OR ACCOUNT HOLDER(S): YOU ARE AT RISK OF BEING SUED FOR YOUR ILLEGAL ACTIONS. TO DETERMINE HOW YOU MAY BE ABLE TO AVOID A LAWSUIT, REFER TO: www.FlavaWorks.com/legal/

Additionally, you are culpable if you fail to take reasonable examination and control measures. These measures include the utilization of a word filter, which checks the file name during the uploading of files to the servers with regard to whether the author, the title, or name violates any Copyright or Trademark.

Below is a list of the infringing material and/or repeat infringers by link:

**EXHIBIT C**

http://images.adam4adam.com/upload/043/944/63b4edf6cf6bee9b45aa6358c3739c08_2.jpg?213
http://images.adam4adam.com/upload/043/944/dc6a0f184910eedabe7647c598e9ca5a_2.jpg
http://images.adam4adam.com/upload/043/944/fb18b1db37415334e3eb5b62ce0d690e_2.jpg
http://www.adam4adam.com/?p=MONSTERCOCKTYREL

Location of ORIGINAL WORKS:

http://www.FlavaWorks.com

http://www.CocoStore.com

http://www.PapiCock.com

http://www.RawRods.com

http://www.CocoDorm.com

http://www.ThugBoy.com

http://www.CocoBoyz.com

http://www.MixItUpBoy.com

http://www.FlavaMen.com


Sincerely,



Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com

**EXHIBIT C**

July 5, 2012

Adam4adam.com
support@adam4adam.com

SENT VIA EMAIL

**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the*** Digital
***Millennium Copyright Act***

*Under Reservation of All Rights*

To Whom It May Concern:

I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights. Flava Works, Inc. owns the copyright concerning an astounding number of still images and videos which are being openly published on your site without its license or other authority, each of which will be particularly identified in this letter together with information precisely identifying the location of that material in the works which you host or otherwise publish. The verified and documented infringements listed in this letter were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur from this base URL or derivations thereof. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava Work's further rights concerning the infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava Work's rights in the images and directed at permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or

**EXHIBIT C**

indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.*) for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material. This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).
NOTE TO SUBSCRIBER(S) OR ACCOUNT HOLDER(S): YOU ARE AT RISK OF BEING SUED FOR YOUR ILLEGAL ACTIONS. TO DETERMINE HOW YOU MAY BE ABLE TO AVOID A LAWSUIT, REFER TO: www.FlavaWorks.com/legal/

Additionally, you are culpable if you fail to take reasonable examination and control measures. These measures include the utilization of a word filter, which checks the file name during the uploading of files to the servers with regard to whether the author, the title, or name violates any Copyright or Trademark.

Below is a list of the infringing material and/or repeat infringers by link:

**EXHIBIT C**

http://www.adam4adam.com/?section=50&action=accept&profile_id=blatinoJock911
http://images.adam4adam.com/upload/350/775/336074e0ff70259df2e7fb5bb3e6cae4_2.jpg?218
http://images.adam4adam.com/upload/350/775/466a1514c824691f5de1c7e825cd9094_4.jpg
http://images.adam4adam.com/upload/350/775/80007b9d42737fb387f2b68b8f132caf_4.jpg
http://images.adam4adam.com/upload/350/775/21a75122c37408b961bfcdfdc8264849_4.jpg

Location of ORIGINAL WORKS:

http://www.FlavaWorks.com

http://www.CocoStore.com

http://www.PapiCock.com

http://www.RawRods.com

http://www.CocoDorm.com

http://www.ThugBoy.com

http://www.CocoBoyz.com

http://www.MixItUpBoy.com

http://www.FlavaMen.com

Sincerely,

Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com

EXHIBIT C

January 11, 2013


Adam4adam.com
support@adam4adam.com

SENT VIA EMAIL

**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the*** Digital
***Millennium Copyright Act***

                                                                    ***Under Reservation of All Rights***

To Whom It May Concern:

I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent
authorized to act on behalf of the owner of certain intellectual property rights.  Flava Works, Inc. owns
the copyright concerning an astounding number of still images and videos which are being openly
published on your site without its license or other authority, each of which will be particularly identified
in this letter together with information precisely identifying the location of that material in the works
which you host or otherwise publish. The verified and documented infringements listed in this letter
were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur
from this base URL or derivations thereof. Some links permit, or have permitted, direct download of
the infringing material. Others are hotlinked to other locations containing, or that have contained,
pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful
publication of this intellectual property immediately without prejudice to Flava Work's further rights
concerning the infringement, including the recovery of both compensatory and punitive damages and
injunctive remedies compelling the protection of Flava Work's rights in the images and directed at
permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the
referenced images and videos in the remote and unlikely case that you were unaware that rights in
the subject images and video – from whose distribution you profited - actually belonged to someone.
This letter calls upon you to immediately disable all links and other mechanisms by which you display
or facilitate the display of that material and by which you enable the downloading or facilitate the
downloading of the identified images and videos, directly or indirectly through the conduct of other
websites, hosting providers, or any other persons or providers of services without limitation. On behalf
of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing
material listed in this letter, including links that enable infringement through a third party and any other
Flava Work's property which are displayed or made available for download, either directly or

**EXHIBIT C**

indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material. This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).
NOTE TO SUBSCRIBER(S) OR ACCOUNT HOLDER(S): YOU ARE AT RISK OF BEING SUED FOR YOUR ILLEGAL ACTIONS. TO DETERMINE HOW YOU MAY BE ABLE TO AVOID A LAWSUIT, REFER TO: www.FlavaWorks.com/legal/

Additionally, you are culpable if you fail to take reasonable examination and control measures. These measures include the utilization of a word filter, which checks the file name during the uploading of files to the servers with regard to whether the author, the title, or name violates any Copyright or Trademark.

Below is a list of the infringing material and/or repeat infringers by link:

**EXHIBIT C**

http://www.adam4adam.com/?p=Fiasco6969

Location of ORIGINAL WORKS:

http://www.FlavaWorks.com

http://www.CocoStore.com

http://www.PapiCock.com

http://www.RawRods.com

http://www.CocoDorm.com

http://www.ThugBoy.com

http://www.CocoBoyz.com

http://www.MixItUpBoy.com

http://www.FlavaMen.com


Sincerely,



Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com