**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **FLAVA WORKS, INC.**, <br><br> Plaintiff, <br><br> v. <br><br> **A4A RESEAU INC., A4A NETWORK INC., and MARC PARENT** <br><br> Defendants. | **Case Number:** 15-cv-00610 <br><br> **Judge:** Honorable Samuel Der-Yeghiayan |

## NOTICE OF MOTION

**TO:** Juneitha S. Shambee
Shambee Law Office, Ltd
P.O. Box 91
Evanston, IL 60204-0091

**PLEASE TAKE NOTICE** that on **March 12, 2015 at 9:00 a.m.** or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Samuel Der-Yeghiayan or any judge sitting in his or her stead in **Courtroom 1903** of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following motions attached hereto: MOTION FOR STAY OF PROCEEDINGS AND EXTENTSION OF TIME, MOTION TO TRANSFER, and MEMORANDUM OF LAW IN SUPPORT OF TRANSFER.**

**CERTIFICATE OF SERVICE**
I hereby certify that on February 26, 2015 I provided service to the person or persons listed above by the following means: via email to shambeelaw@gmail.com.


/s/ Peter J. Strand_____
By: One of Their Attorneys
Peter J. Strand
LEAVENS, STRAND AND GLOVER, LLC
203 North La Salle Street
Suite 2550
Chicago, Illinois 60601
312.488.4170
312.488-4177 (Fax)
pstrand@LSGlegal.com