AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE CASE NO. 1:15-CV-610

| | |
|---|---|
| Service of the Summons and complaint was made by me | DATE FEBRUARY 2, 2015 |
| NAME OF SERVER *(PRINT)* CLAUDE BEAUREGARD | TITLE BAILIFF |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 1473 WOLFE STREET MONTREAL QUEBEC
A4A RESEAU INC, A4A NETWORK INC., MARC PARENT

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2-2-2015        *[signature]*
              Date              Signature of Server

120-A Bl. Curé-Labelle, Laval, QC
H7L 2Z4
Address of Server

*[signature]* Mayoni Manville notary
NOTARY

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.