

**Thomas G. Bruton**
CLERK

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

April 28, 2015

Florida Southern District Court
Wilkie D. Ferguson, Jr.
United States Courthouse
400 North Miami Avenue, Room 8
Miami, FL 33128

RE: Flava Works, Inc. v. A4A Reseau, Inc. et al
Case No: 1:15-cv-00610

Dear Clerk:

Pursuant to the order entered by Honorable Samuel Der-Yeghiayan on 04/28/2015, the above record

■        was electronically transmitted to: Florida Southern District Court

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely yours,

Thomas G. Bruton, Clerk

By:    /s/ A.J. Squillante
       Deputy Clerk

Enclosures

New Case No. _____    Date _____

cc:    Non-ECF Attorneys and Pro se Parties