UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Flava Works, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 15-cv-00610 |
| | ) | |
| v. | ) | |
| | ) | |
| A4A RÉSEAU INC., | ) | |
| A4A NETWORK INC., | ) | |
| MARC PARENT | ) | |
| | ) | |
| Defendants. | ) | |

## AMENDED NOTICE OF PLAINTIFF'S MOTION

PLEASE TAKE NOTICE that on Friday, May 22, at 9:00 a.m, we shall appear before the Honorable Samuel Der-Yeghiayan, or any other judge sitting in his stead in Courtroom 1903 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, and then and there present **PLAINTIFF'S MOTION TO RECONDSIDER AND MOTION TO SET ASIDE ORDER TO TRANSFER AND MEMORANDUM IN SUPPORT OF ITS MOTION**, a copy of which is attached hereto, and hereby served upon you.

## CERTIFICATE OF SERVICE

I, Juneitha Shambee, an attorney, state that I served a true and correct copy of the Plaintiff's Motion to Reconsider upon Defendants through its attorney of record via the Court's ECF system on May 6, 2015.

Respectfully Submitted,

s/ Juneitha Shambee, Esq.

Attorney No.: 6308145
Shambee Law Office, Ltd.
P.O. Box 91
Evanston, Illinois 60204
(773) 741-3602
shambeelaw@gmail.com