## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | ) | |
|---|---|---|
| Flava Works, Inc. | ) | |
| | ) | Case No: 15 C 610 |
| | ) | |
| v. | ) | |
| | ) | Judge Samuel Der-Yeghiayan |
| | ) | |
| A4A Reseau, Inc., et al. | ) | |

## ORDER

     This matter is before the court on Plaintiff's motion for reconsideration, which is noticed up before this court. [27] On April 28, 2015, the court granted Defendants' motion to transfer, and on that same day the Clerk of the Court transferred this action to the Southern District of Florida. Therefore, the motion which is noticed up before this court is stricken as improper since this action is longer in this district. Noticed motion date of 05/22/15 is stricken.

Date: 5/12/15

                                                       Samuel Der-Yeghiayan
                                                       United States District Court Judge